DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Anson Cty. Child Support ex rel. McLain v. Howell<br><br>Case below:<br>164 N.C. App. 227<br>(4 May 2004) | No. 258P04 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA03-678) (99CVD449)<br><br>2. Def's Alternative PWC to Review the Order of the District Court | 1. Denied (12/02/04)<br><br>2. Denied (12/02/04) |
| Bak v. Cumberland Cty. Hosp. Sys., Inc.<br><br>Case below:<br>165 N.C. App. 904 | No. 458P04 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA03-994)<br><br>2. Defs' (Cumberland County Hospital System, McLaurin and Hardle) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied **10/08/04**<br><br>2. Dismissed as moot **10/08/04** |
| Brown v. Dodson<br><br>Case below:<br>166 N.C. App. 279 | No. 532P04 | 1. Defs' (Stephen Page and Buncombe County Board of Education) PDR Under N.C.G.S. § 7A-31 (COA03-954)<br><br>2. Plts' Motion to Dismiss Petition for Discretionary Review<br><br>3. Plts' Conditional PDR | 1. Denied (12/02/04)<br><br>2. Dismissed as moot (12/02/04)<br><br>3. Dismissed as moot (12/02/04) |
| City of Burlington v. Boney Publishers, Inc.<br><br>Case below:<br>166 N.C. App. 186 | No. 518PA04 | Plt's PDR (COA03-904) | Allowed (12/02/04) |
| Currituck Assocs.-Residential P'ship v. Hollowell<br><br>Shallowbag Bay Dev. Co., LLC v. Currituck Assocs.-Residential P'ship<br><br>Case below:<br>166 N.C. App. 17 | No. 528A04 | 1. Appellants' (Hollowell and Shallowbag Bay Development Co.) Motion for Consolidation Pursuant to Rule 40 of the N.C. Rules of Appellate Procedure<br><br>2. Appellants' (Ray E. Hollowell, Jr. and Shallowbag Bay Development Co.) NOA (Dissent) (COA03-1082 and COA03-1085)<br><br>3. Appellants' (Ray E. Hollowell, Jr. and Shallowbag Bay Development Co.) PDR as to Additional Issues (COA03-1082) | 1. Allowed (12/02/04)<br><br>2. ——<br><br>3. Denied (12/02/04) |
| Daniels-Leslie v. Laster<br><br>Case below:<br>166 N.C. App. 763 | No. 587A04 | Plt's NOA Based Upon a Constitutional Question (COA03-1580) | Dismissed *ex mero motu* (12/02/04) |